In the United States District Court
for the Southern District of Texas
Houston Division

| | |
|---|---|
| CASANDRA SALCIDO, AS NEXT FRIEND OF MINOR CHILDREN K.L. AND C.L., DENISE COLLINS, KENNETH LUCAS, AMBER LUCAS INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF KENNETH CHRISTOPHER LUCAS, DECEASED, AND DEIDRE MCCARTY, AS NEXT FRIEND OF MINOR CHILDREN K.J.L. AND T.J.L., §§§§§§§§§§§§§§ Plaintiffs, §§ v. §§ HARRIS COUNTY, TEXAS, DEPUTY DAVID GORDAN, DEPUTY XAVIER LEVINGSTON, DETENTION OFFICER BRODERICK GREEN, DETENTION OFFICER ALICIA SCOTT, DETENTION OFFICER JESSE BELL, DETENTION OFFICER MORRIS THOMAS, AND DETENTION OFFICER ADAM KNEITZ, Defendants. | Civil Action No. 4:15-cv-02155<br><br>Jury Demand |

## JOINT MOTION FOR ENTRY OF FINAL JUDGMENT

Plaintiffs and Defendant Harris County file this Joint Motion for Entry of Final Judgment and would respectfully show the Court as follows:

On February 28, 2019, a hearing was held before the Honorable Sim Lake and the parties present announced they had reached a settlement that resolved all claims

asserted by each and every Plaintiff against each and every Defendant. The Court entered an Order approving the settlement as to the Plaintiff Salcido minor children, C.L. and K.L. Doc. 252. All Plaintiffs and Defendant Harris County have entered into a Settlement Agreement and Release that resolves and disposes of all claims that were asserted or could have been asserted by the Plaintiffs against all Defendants in this litigation.[1] Plaintiffs and Harris County request the Court enter the attached Final Judgment disposing of this case.

## Conclusion & Request for Relief

For the reasons set forth above, Plaintiffs and Harris County respectfully request the Court enter the attached Final Judgment disposing of all claims filed by Plaintiffs against all Defendants.

**Date: March 20, 2019**

THE LANIER LAW FIRM, P.C.

*/s/ Lawrence P. Wilson*
W. MARK LANIER
State Bar No.: 11934600
S.D. Tex. No. 8461
wml@lanierlawfirm.com
Lawrence P. Wilson
State Bar No.: 21704100
S.D. Tex. No. 9217

---

[1] **Due to the confidentiality of the minors involved, the Settlement Agreement and Release that sets forth the specific amounts to be paid to them is being filed under seal as an attachment to this Motion. The Final Judgment disposes of all claims against Defendants Harris County, Harris County Sheriff's Office Detention Officers Brodrick Green, Xavier Leveston, Jesse Bell, Adam Kneitz and Morris Thomas, each in their individual capacities, Harris County Sheriff's Office Deputies David Gordon and Alicia Scott k/n/a Riley Scott, each in their individual capacities, Nurse Carrie O'Pry and Dr. Laxman Sunder.**

larry.wilson@lanierlawfirm.com
Benjamin T. Major
State Bar No.: 24074639
S.D. Tex. No. 1503277
benjamin.major@lanierlawfirm.com
6810 FM 1960 West
Houston, Texas 77069
Telephone: (713) 659-5200
Facsimile: (713) 659-2204
**ATTORNEYS IN CHARGE FOR PLAINTIFFS DENISE COLLINS, KENNETH LUCAS, AND CASANDRA SALCIDO, AS NEXT FRIEND OF MINOR CHILDREN KL. & CL.**

EDWARDS
LAW

*/s/ Jeff Edwards*
JEFF EDWARDS
State Bar No. 24014406
jeff@edwards-law.com
SCOTT MEDLOCK
State Bar No. 24044783
scott@edwards-law.com
The Haehnel Building
1101 E. 11th Street
Austin, Texas 78702
Telephone: (512) 623-7727
Facsimile: (512) 623-7729
**ATTORNEYS IN CHARGE FOR PLAINTIFFS TAMARA LUCAS AND JORDAN LUCAS**


*/s/ Roy W. Smith*
ROY W. SMITH
State Bar No. 181681500
JONATHAN GOINS
2616 South Loop West, Suite 670
Houston, Texas 77054

Telephone: (713) 759-9266
Facsimile: (713) 759-9412
roy.w.smith@live.com
J.Goins@GoinsLaw.com
**ATTORNEY IN CHARGE OF PLAINTIFF AMBER LUCAS INDIVIDUALLY AND IN HER CAPACITY AS REPRESENTATIVE OF THE ESTATE OF KENNETH CHRISTOPHER LUCAS, DECEASED**.


*/s/ Laura Beckman Hedge*
**Laura Beckman Hedge**
Assistant County Attorney
**Attorney-in-Charge**
Texas Bar No. 00790288
Southern District of Texas No. 23243
Harris County Attorney's Office
1019 Congress, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5265
Facsimile: (713) 755-8924
Email: Laura.Hedge@cao.hctx.net

**OF COUNSEL:**

VINCE RYAN
Harris County Attorney

**Keith A. Toler**
Assistant County Attorney
Texas Bar No. 24088541
Southern District of Texas No. 2599245
Harris County Attorney's Office
1019 Congress, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5265
Facsimile: (713) 755-8924
Email: Keith.Toler@cao.hctx.net
**COUNSEL FOR DEFENDANT HARRIS COUNTY, TEXAS**

## Certificate of Service

I hereby certify that on March 20, 2019, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Southern District of Texas, Houston Division, using the electronic case filing system of the Court and served all parties with the foregoing document.

| **Plaintiffs' Counsel** | **Co-Defendants' Counsel** |
|---|---|
| W. Mark Lanier | Mary E. Baker |
| Lawrence P. Wilson | Sr. Assistant County Attorney |
| Benjamin T. Major | Harris County Attorney's Office |
| The Lanier Law Firm | 1019 Congress, 15th Floor |
| 6810 FM 1960 West | Houston, Texas 77002 |
| Houston, Texas 77069 | |

Jeffrey S. Edwards
Scott Medlock
The Edwards Law Firm
1101 East 11th Street
Austin, Texas 78702

Roy W. Smith
Jonathan Goins
2616 South Loop West, Suite 670
Houston, Texas  77054

*/s/  Laura Beckman Hedge*
**Laura Beckman Hedge**
Assistant County Attorney