United States District Court
Southern District of Texas
**ENTERED**
March 20, 2019
David J. Bradley, Clerk

**In the United States District Court
for the Southern District of Texas
Houston Division**

| | |
|---|---|
| CASANDRA SALCIDO, AS NEXT FRIEND OF MINOR CHILDREN K.L. AND C.L., DENISE COLLINS, KENNETH LUCAS, AMBER LUCAS INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF KENNETH CHRISTOPHER LUCAS, DECEASED, AND DEIDRE MCCARTY, AS NEXT FRIEND OF MINOR CHILDREN K.J.L. AND T.J.L.,<br>    Plaintiffs,<br><br>v.<br><br>HARRIS COUNTY, TEXAS, DEPUTY DAVID GORDAN, DEPUTY XAVIER LEVINGSTON, DETENTION OFFICER BRODERICK GREEN, DETENTION OFFICER ALICIA SCOTT, DETENTION OFFICER JESSE BELL, DETENTION OFFICER MORRIS THOMAS, AND DETENTION OFFICER ADAM KNEITZ,<br>    Defendants. | Civil Action No. 4:15-cv-02155<br><br>Jury Demand |

## FINAL JUDGMENT

After considering Plaintiffs and Defendant Harris County's Joint Motion for Entry of Final Judgment and the settlement previously announced to the Court by the parties, the Court finds the Motion is meritorious and should be and is hereby GRANTED.

The Court enters a take nothing judgment in favor of each Defendant, including Harris County, Harris County Sheriff's Office Detention Officers Brodrick Green, Xavier Leveston, Jesse Bell, Adam Kneitz and Morris Thomas, each in their individual capacities, Harris County Sheriff's Office Deputies David Gordon and Alicia Scott k/n/a Riley Scott, each in their individual capacities, Nurse Carrie O'Pry and Dr. Laxman Sunder, disposing of all claims that were asserted or could have been asserted by each and every Plaintiff against each and every Defendant in this litigation.

The terms of the Settlement Agreement and Release submitted under seal and attached to the Joint Motion for Entry of Final Judgment have been reviewed and approved by this Court.

The parties are to bear their own attorney's fees and costs of Court.

This is a final judgment.

It is so ORDERED.

MARCH 20, 2019
Date

SIM LAKE
UNITED STATES DISTRICT JUDGE